
Keith M. Lundin
U.S. Bankruptcy Judge
Dated: 10/1/2014



IN THE UNITED STATES BANKRUPTCY COURT FOR THE
**MIDDLE DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ROBERT W CUNNINGHAM AND | ) | |
| PATRICIA L CUNNINGHAM | ) | Chapter 13 Proceeding |
| Husband's SS#: | ) | CASE NO. 13-02800 |
| Wife's SS#: | ) | |
| 119 Belinda Drive Murfreesboro, | ) | JUDGE: KEITH M. LUNDIN |
| Tennessee 37130 | ) | |

**AGREED ORDER GRANTING DEBTOR'S MOTION TO EXTEND TIME FOR DEBTORS TO FILE CLAIM ON BEHALF OF PRE-PETITION CREDITOR, SELENE FINANCE**

This matter came before this Honorable Court on September 10, 2014, upon the Motion of Debtor to Extend Time for Debtor's to file claim on behalf of Pre-petition Creditor, Selene Finance. It appears by the signature of the parties for the respective parties that the Debtor's Motion to Extend Time for Debtor's to file claim on behalf of Pre-petition Creditor, Selene Finance is granted and the Chapter 13 Trustee's objection is resolved.

Accordingly, the following is hereby **ORDERED**:

1) The Debtors shall be allowed thirty (30) days from the date of entry of this Order within which to file a claim on behalf of Selene Finance, for a debt secured by a first mortgage on the Debtors' residence located at 119 Belinda Drive Murfreesboro, Tennessee 37130. The claim shall be in the approximate amount of $93,900.00.

2) Pursuant to the terms of the confirmed plan, Selene Finance, shall receive a continuing mortgage payment in the amount of $1,102.95 per month.

3) The allowance of this claim will have no effect on any secured or unsecured creditors already provided for under the confirmed plan as these claim have already been satisfied.

4) All provisions of the confirmed plan shall remain the same and in effect.

Wherefore, the Court finds that said Motion is well taken and is, therefore, **GRANTED.**

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY**
**AS INDICATED AT THE TOP OF THE FIRST PAGE.**

APPROVED FOR ENTRY:


/s/ Terry R Clayton

Terry R Clayton
Terry Clayton & Associates
1402 5th Ave N
Nashville, TN 37208
615 726-2424
Fax: 615 242-6358
Email: claytonbankruptcy@comcast.net

/s/ Henry E. Hildebrand, III

Digitally signed by /s/ Henry E. Hildebrand, III
DN: cn=/s/ Henry E. Hildebrand, III, c=US, o=Office of the Chapter 13 Trustee, ou=Chapter 13 Trustee, email=pleadings@ch13nsh.com
Date: 2014.09.30 15:49:04 -05'00'

Henry E. Hildebrand III
Chapter 13 Trustee
P.O. Box 340019
Nashville, TN 37203-0019
(615) 244-1101
Email: aoecf@ch13nsh.com

## CERTIFICATE OF SERVICE

      I hereby certify that a true and exact copy of the foregoing Order has been mailed to Henry Hildebrand III, Standing Trustee, P.O. Box 190664, Nashville, TN 37219; U. S. Trustee, Suite 313, 701 Broadway, Nashville, TN 37203; Selene Finance, c/o Jeremiah McGuire, Attorney Bankruptcy REO/Real Estate Brock and Scott, PLLC, 3173 Kirby Whitten Road Suite 102, Bartlett, TN 38134 and Robert Cunningham and Mrs. Patricia Cunningham, 119 Belinda, Murfreesboro TN 37130-8791 this 30th day of September, 2014.

                                            /s/ Terry R. Clayton
                                            Terry R. Clayton

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.